

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 31, 2022

Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

       Re:  <u>United States v. Victor Byrne</u>
            22 Cr. 444

Dear Judge Krause:

       The defendant, Victor Byrne, was arrested this morning in Orlando, Florida and will presented in the Middle District of Florida later today. Accordingly, the Government requests that the Indictment, filed under seal on August 17, 2022, be unsealed.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

By:                         
            Marcia S. Cohen
            Assistant U.S. Attorney
            (914) 993-1902

**SO ORDERED.**  8/31/2022

_____
ANDREW E. KRAUSE
United States Magistrate Judge