**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2023

The Hon. Nelson Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Victor Byrne*, 22 Cr. 444

Dear Judge Román,

    I am writing to request that Mr. Byrne's scheduled teleconference set for July 26, 2023 at 11:00 a.m. be continued until September 2023 so that the parties can continue working toward a pretrial resolution. Recent case developments have confirmed that the case is almost certain to resolve pretrial, and the requested adjournment will give the parties time to do so. If the Court grants the requested adjournment, defense counsel has no objection to the exclusion of time through the date of the new status conference.

    I have discussed this adjournment request with AUSA Marcia Cohen. She has no objection.

Respectfully,

Rachel Martin, Esq.
Assistant Federal Public Defender

cc:   AUSA Marcia Cohen

**Deft's request to adjourn the telephonic Status Conf. from July 26, 2023 until Sept. 13, 2023 at 3:00 pm is GRANTED without objection by the Gov't. Counsel shall use the same call-in information as used previously. Clerk of Court is requested to terminate the motion at ECF No. 13.**
**Dated: White Plains, NY**
        **July 18, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023