**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2023

The Hon. Nelson Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States v. Victor Byrne*, 22 Cr. 444

Dear Judge Román,

    I am writing to request that Mr. Byrne's scheduled teleconference set for October 26, 2023 at 11:00 a.m. be continued until for approximately 30 days (until early December, if possible) so that the parties can continue working toward a pretrial resolution.

    On Tuesday, October 17, the government provided me with an informal plea offer. I will review that offer with my client promptly and, if accepted, the government will draft a formal plea agreement to be entered before the Court.

    If the Court grants the requested adjournment until early December, I have no objection to the exclusion of time through the date of the new status conference. I have discussed this adjournment request with AUSA Marcia Cohen. She has no objection.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2023__

Respectfully,

*/s/ Rachel Martin*
Rachel Martin, Esq.
Assistant Federal Public Defender

cc:    AUSA Marcia Cohen

**Deft's request to adjourn the Status Teleconf. from Oct. 26, 2023 until Dec. 8, 2023 at 1:00 pm is GRANTED without objection by the Gov't. Clerk of Court is request to terminate the motion at ECF No. 16.**
                  Dated: White Plains, NY
                  October 20, 2023

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE