UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -                                 ORDER

VICTOR BYRNE,                       22 Cr. 444 (NSR)

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Marcia S. Cohen, of counsel, and with the consent of VICTOR BYRNE, by and through Rachel Martin, Esq., it is hereby ORDERED that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel and the Government to continue discussions with respect to a disposition. Accordingly, it is further ORDERED that the time between the date of this Order and March 19, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

SO ORDERED.

Dated:  White Plains, New York
        March 4, 2024

_____
NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/04/2024