Dellana Perez


1 July 2024

Honorable Nelson Roman
United States District Judge
300 Quarropas Street Room 260
Whiteplains, NY  10601

Re: Victor Byrne

Dear Judge      ,

My name is Dellana Perez, MSgt (RET), USAF. I am a management support specialist working for the United States Air Force.

I am Victor Byrne's niece. My uncle has always been caring, thoughtful and a very family oriented person. We grew up in a big family my grandmother, step grandfather, 2 aunts, and three uncles, my mom and my brother and I lived together in the same house on and off throughout the years in the suburbs of New York. I remember good times growing up even though we didn't have much being around a big family we made the best of life. We attended weekly church services and we enjoyed spending time with our congregation outside of church as well. We all studied hard in school and excelled in school sports (soccer, basketball, baseball, football, martial arts), learned instruments (violin, saxophone, trumpet), and art, all with the goal of going to college and achieving success in life.  Being around my uncle Victor he would always make us laugh and was great to be around. He was entertaining, he liked to sing, play the trumpet, piano and sports. He was always the center of our family even when he was young. Both he and my other older uncle were similar and kept us in good spirits, laughing and enjoying sports together at the local park. When the rest of the family had to move to New Jersey. My brother and I stayed in NY with Victor in order for us to finish middle school. He was more than an uncle he was like a big brother. He filled in what was missing in my life a father figure. Always looking out for us and really caring for us when he could have been focused on his own life family was more important to him. He made sure we went to school and even drove me to school when I missed the bus even though he would be late to work. For birthdays he always made us feel special and take us to celebrate at a nice restaurant. At Christmas he also made sure we had gifts. Spending his earnings on us instead of himself when he had his own car to pay off and maintain to get to and from his jobs.

As we all got older and started our careers in other parts of the country we kept in contact and would visit when possible. In December of 2009 I went to New York City for surgery and when I asked for his help to pick me up from the airport and take me to my doctor appointments he did so without hesitation.

When my grandmother's husband passed away unexpectedly Victor stepped up to run the family restaurant and help take care of his widowed mother and of young siblings that were still in high school. He knew it was his responsibility as the eldest son to take care of his mom and his siblings. He showed great strength during those tough times and did the best he could.

I remember when I decided to join the Air Force he was the one I called to share my good news with. He was the only one that was supportive and encouraging. I retired from the Air Force after 21 years of service and I still do the same job in the Air Force but now as a civil service employee. I'm grateful for his encouragement because without it I would have never had the career that I'm so grateful for serving this country for all the opportunities it has given us as a family.

Almost all of us graduated from the same high school in New York and went on to be a family who serves the community as NYPD police officers, in the military, medical industry and in the hospitality industry. I'm proud of my family and wish Victor had the opportunity to find a career similar to ours but he had to take on the responsibility of caring and supporting his mother and siblings instead of being able to achieve his goals.

As his family member I do care for him and pray for help and guidance through this difficult time. We miss his presence at all our family gatherings and life events. I respectfully ask that you consider the good side of Victor, his kindness, his compassion his love for his family when it comes time to make your decision.

We've all encountered disappointment in life and we all react differently to life's circumstances and our decisions end up affecting our life in a positive or consequential way. As a believer in Jesus Christ I pray that Jesus will give Victor a new heart and he will be given a second chance at making life right and return back home to us, his family.

Thank you for your consideration and understanding.

Sincerely,

Dellana Perez