July 3,2023

To whom it may concern,

This letter is a dictation of my mother Aurora Chantel.

I am writing this letter for my son . He is a great son, every since he was a little boy he has been sympathetic to peoples needs and has been very sensitive to those who have struggles. He always wants to help.

Victor was little he would watch over his little brother and sister, when I got remarried he would care for his two additional younger siblings. He went to school and played sports, soccer and diving.

He helped his step dad, my husband with his restaurant. When my husband got sick, Victor would take him to the doctors appointments and hospital. My husband died in front of Victor, he took his death very hard as did the rest of our family. I went into a depression, my husband was my world, I could not function. I would cry all day everyday for months. Victor took on the responsibility of restaurant and his sibling. He gave them a home and made sure they all went to school and did their homework and went to school. All my kids even through all this disaster succeeded, all because Victor was there to help raise them.

Victor was coach and helped many kids succeed. He raised his girlfriend's daughter Stevie. He worked and designed trampoline parks where he helped many kids. Victor is sensitive to those around him, if he senses you are hurting, he will try to help you. He has always been a kind soul. I pray to God he is ok. I pray everyday God watches over him.

Aurora Chantel