Vincent Altieri

▇▇▇▇▇▇▇▇▇▇ New York 10952

▇▇▇▇▇▇▇▇▇▇

August 3, 2023

To Whom it may concern,

I am writing to ask for leniency for Victor Byrne. I have known Victor since I was in junior high school (around 1981), his younger brother George being my best friend. Victor was the oldest child present when his stepfather Ernesto unexpectedly passed away in 1994. His mother, Aurora, speaks very little English and Victor had four younger siblings in local college or school, 2 younger family members (a niece and a nephew) with them for a while, plus the family restaurant that Ernesto built and ran, which supported the entire family. The restaurant (over which the family lived) had already been struggling, but Victor managed the restaurant for a time and then arranged for suitable housing for the entire family when that was no longer feasible. This enabled 4 of his siblings to finish school, 3 of whom (George, Xiochilt, and Steven) became police officers. The other, Patty, returned to working in the circus, which is what their family did until their mom and Ernesto settled them in Suffern, NY, so the kids could grow up and lead a more stable, sedentary life with proper schooling, healthcare, etc. Patty eventually married and has a family in Oklahoma.

In part due to his upbringing in the circus, Victor was a great athlete in school and that lead him to becoming a diving instructor afterwards. Between diving and managing multiple trampoline parks and instructing kids on gymnastics over trampolines, Victor must have trained literally thousands of kids over the years. He even gave instruction to my 2 children years ago, which they greatly enjoyed. He provided coaching tips while keeping it safe, fun and confidence building for the kids. Countless other kids must have been similarly benefited. During this time, Victor was also great to talk to as a friend, in terms of me navigating my divorce at the time while keeping the kids engaged so they would not be alienated from through divorce process. It was already great talking to him and seeing the kids having fun at the trampoline parks.

I have had some experience working with the criminal justice world, as an Assistant Attorney General in the Florida Attorney General's Office, a law clerk to a judge on the First District Court of Appeal in FL, and a judge on the Florida Supreme Court. More recently, I was an Associate Justice in the Village of Suffern Justice Court for a few years, ending about 4 years ago. Victor never struck me as suspect. Rather, if you look over this life, people have consistently trusted him with their kids and with their money—whether it was his family or these businesses he worked for or with, over decades, building and managing trampoline parks. If we had time to talk and he raised things he liked to talk about, he usually would bring up a new venture in trampoline sports.

This is why I would ask for leniency in this case. Thank you.

Sincerely,

Vincent Altieri