## Juliet Vicari

| | |
|---|---|
| **From:** | Dina Andriychuk ████████████████ > |
| **Sent:** | Monday, July 1, 2024 9:12 PM |
| **To:** | Juliet Vicari |
| **Subject:** | Dina Andriychuk |

**EXTERNAL SENDER**

Dina Andriychuk

████████████████████ .    ████████████████

To Whom it may concern,

My name is Dina Andriychuk ,I've known Victor Byrne for over 20 years.We started dating when we met and our relationship grew to the point that we got engaged.Our relationship didn't work out however, so we broke off the engagement but still remained friends.

I understand that Victor has been convicted of this crime and I respect the criminal justice system. I would just like to offer a fuller picture of him as a person. Victor is a kind and generous person. He loves to help people and he loves animals and nature as well. He is very caring and would help anyone in need, even a total stranger. If he saw someone stranded on the side of the road, he would always stop to ask if they needed any help. I remember one specific incident when we were in the car together and we saw a man on the side of the road whose car had been broken down, Victor pulled over and stopped to ask if he needed any help.

I remember another incident that took place when Victor and I were at the mall one day, there was a woman who passed out and the ambulance was called. Victor was trained in CPR so he ran to see if she needed him to administer CPR to her while waiting for the ambulance. She came to but Victor didn't want to leave her until he made sure she would be okay, so we waited with her until the ambulance came. That's the kind of person he is.

I would like to ask for Leniency for Victor. I thank you and all court for your consideration.

Sincerely,, Dina Andriychuk