August 3, 2023

To whom it may concern,

I am writing this letter to provide a better understanding of Victor Byrne. He is my brother and so much more. Victor is the person who helps anyone in need, he would go without in order to provide for others. Every since we were younger Victor was always there for me and our family. Anytime I asked for help he would drop everything and ensure he helped, our family and anyone in need.

As an young adult he worked with our step father who passed suddenly, Victor was left with the burden keeping his fathers struggling business afloat for as long as he could, a mother who spoke very little English, and two younger sibling to look out for. After the restaurant closed, he took it upon himself to ensure the family found housing not only for himself and his siblings but also his niece and nephew. Victor went without, so his family would be able to eat and have a roof over their heads.

Victor has had a huge impact on the success of our siblings, three of whom are Police Officers. I could always count on Victor for anything, he would try his best to assist in any way possible. Anytime I wanted to come home and visit he would pick me up, even if that meant traveling to other states.

For years he was in a relationship with Barbara, she has a daughter Stevie; Victor raised her since she was little girl. I have a daughter and would entrust Victor to treat her like his own daughter.

I hope this letter provides a broader scope of my brother Victor Byrne.

Patricia Frisca