**From:** Antonio Perez
**Subject:** Re: Letters of Support

EXTERNAL SENDER

**Victor letter:**

Honorable Nelson Roman
United States District Judge
Southern District of New York

Dear Judge,

I am the nephew of Victor Byrne.  It is difficult to write this letter, as supporting a person that has committed a crime goes against society norms.  I hope being a voice he knows, gives him the support to better himself. Victor has been incarcerated for almost two years missing out on family, which has always been most important for us all.  The Victor I know and have always known is kind, caring, and supportive uncle. I have never seen him as a malice person.

In our family he was always being the one to entertain. We all know him as a big fan of music and music from Billy Joel to the Yankees, to the Giants, to soccer. We've been to Yankee games together. He helped foster those joys and passions in me. As a kid, when we were together he always made sure we had something to do. He would always say let's do this, go there, yes I can be there. I lived with my grandparents growing up and so when I visited my mom he would help look after us. Those are my big memories of him. He would pick us up and drop us off from the airports and drive us around while we were visiting. He would make sure we were having fun and taken care of. More recently in adulthood we'd come visit New York and spend time with him. He attended my wedding, graduations, always attended all the family events. We're very family focused and oriented.

In saying that I am in communication with my uncle and have been since his arrest. When I speak to him he's accepting of where is and whatever happens next.  have never seen him as a malice person. Why I still support him is because without understanding why or what made him choose to make these irresponsible decisions to commit these acts is not for me to judge, it is yours.

Sincerely,
Antonio Perez

Thank you,
Tony

Sent from iPhone