UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

                                            S1 22 Cr. 00444-01 (NSR)

        - against -

VICTOR BYRNE,                           ORDER ACCEPTING
                                            PLEA ALLOCUTION

                           Defendant.

-------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated March 14, 2024, is

approved and accepted.

                                          SO ORDERED.

                                           _____

                                           Hon. Nelson S. Román,
                                           United States District Judge

Dated: White Plains, NY
       July 18, 2024.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024