Court Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   ORDER OF RESTITUTION
                                    :S1
        - v. -                      :   22 Cr. 444 (NSR)
                                    :
VICTOR BYRNE,                       :
                    Defendant.      :
                                    :
------------------------------------X

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Marcia S. Cohen, Assistant United States Attorney, of counsel, and with the consent of VICTOR BYRNE, the Defendant, by and through his counsel, Rachel Martin, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3663, 3663A, and 3664, it is hereby ORDERED that VICTOR BYRNE, the Defendant, shall pay restitution in the total amount of $30,708.50 to Victim-1. The parties have consented to waive interest on the restitution while Defendant is incarcerated.

Dated: White Plains, New York
       September 6, 2024

                                         SO ORDERED:

                                         _____
                                         HONORABLE NELSON ROMÁN
                                         UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024